MARINE TRANSIT CORPORATION, Appellant, v. GLENS FALLS INSURANCE COMPANY, Respondent.— Order so far as appealed from affirmed, with leave to the defendant to serve an amended answer within twenty days from service of order upon payment of costs of the action to date, including twenty dollars costs and' disbursements of appeal. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

UNITED PRESS ASSOCIATIONS, Appellant, v. MACFADDEN PUBLICATIONS, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

J. ALDEN TALBOT, Appellant, v. CLARK W. HARRISON and Others, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BANK OF UNITED STATES, Respondent, v. LOUIS M. BLOCK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROBERT O'CONNOR, an Infant, by ARTHUR O'CONNOR, His Guardian ad Litem, and ARTHUR O'CONNOR, Respondents, v. KULERBAN HOLDING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CLAGGETT WILSON, Respondent, v. HELEN CUTTING, Formerly Known as HELEN BRADY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

L. GETRAER & CO., INC., Appellant, v. SCHONEBERGER & NOBLE, INC., Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NIEWENHOUS CO., INC., Appellant, v. INDUSTRIES DEVELOPMENT CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAY NORWOOD, Respondent, v. ABRAHAM S. WECHSLER and Another, Defendants, Impleaded with BENJAMIN E. GREENSPAN and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs. (See Swart v. Rickard, 148 N. Y. 264; Graham v. Buffalo General Laundries Corporation, 261 id. 165, and Green v. General Cigar Co., Inc., 238 App. Div. 638.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN OMANSCHUCK, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.